**No. 63394.**—Manca, Inc. v. United States, protest 59/1937 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of photographic lenses similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.